**J. MARK GIBB, mgibb@djplaw.com (State Bar No. 5702)**
**DAVID W. TUFTS, dtufts@djplaw.com (State Bar No. 8736)**
**CLINTON E. DUKE, cduke@djplaw.com (State Bar No. 9784)**
**JASON P. NIXON, jnixon@djplaw.com (State Bar No. 11417)**
Attorneys for ZAGG Intellectual Property Holding Co., Inc.
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
Salt Lake City, UT  84111
(801) 415-3000

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ZAGG INTELLECTUAL PROPERTY HOLDING CO., INC., a Nevada corporation,<br><br>    Plaintiff,<br><br>v.<br><br>NLU PRODUCTS, L.L.C., a Utah limited liability company; WRAPSOL, L.L.C., a Delaware limited liability company; XO SKINS, LLC, a Utah limited liability company; FUSION OF IDEAS, INC., a California corporation; GHOST ARMOR LLC, an Arizona limited liability company; NLU LLC, a Pennsylvania corporation; CASE-ARI, LLC, a Georgia limited liability company; UNITED SGP CORP., a California corporation; PEDCO, LLC, an Arizona limited liability company; BEST SKINS EVER, a Colorado company; STEALTH GUARDS, a Michigan company; SKINOMI, LLC, a California company; CELLAIRIS, a Georgia company; and VIRTUOSITY PRODUCTS, LLC, a Utah limited liability company.<br><br>    Defendants. | **STIPULATION OF DISMISSAL OF ALL CLAIMS BETWEEN PLAINTIFF ZAGG INTELLECTUAL PROPERTY HOLDING CO., INC. AND DEFENDANT UNITED SGP CORP. WITH PREJUDICE**<br><br>Civil No. 2:11-cv-00517-PMW<br><br>Honorable Magistrate<br>Judge Paul M. Warner<br><br>**(Jury Trial Demanded)** |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, plaintiff ZAGG Intellectual Property Holding Co., Inc. ("ZAGG") and defendant United SGP Corp.

1

SLC_1116415.1

("SGP") by and through their counsel hereby agree and stipulate that all claims brought in this action between ZAGG and SGP be dismissed with prejudice, except that in the event that SGP is sued for infringement of ZAGG's patents, SGP maintains the right to challenge the validity or enforceability of ZAGG's patents.  ZAGG and SGP further agree and stipulate that each of them will bear its own costs and fees and waives all right of appeal.  ZAGG and SGP, therefore, respectfully request that the Court dismiss above-captioned action (the "Action") with prejudice as to any claims between ZAGG and SGP.  This stipulation and the requested dismissal shall have no effect on any claims pending between ZAGG and any defendant other than SGP.

DATED: May 11, 2012.            **DURHAM JONES & PINEGAR, P.C.**

 

*/s/ Clinton E. Duke*
J. Mark Gibb
David W. Tufts
Clinton E. Duke
Jason P. Nixon

Attorneys for ZAGG Intellectual Property Holding Co., Inc.

 

**KNOBBE MARTENS OLSON & BEAR**

*/s/Timothy Goodson*
Michael Friedland
Timothy Goodson

Attorneys for United SGP Corp.