Todd E. Zenger (5238)
KIRTON McCONKIE
1800 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Phone: (801) 328-3600
Fax: (801) 321-4893
Email: tzenger@kmclaw.com

Attorney for Defendant PEDCO LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ZAGG INTELLECTUAL PROPERTY HOLDING CO., INC., a Nevada corporation,<br><br>    Plaintiff,<br><br>v.<br><br>NLU PRODUCTS, L.L.C., a Utah limited liability company; WRAPSOL, L.L.C., a Delaware limited liability company; XO SKINS, LLC, a Utah limited liability company; FUSION OF IDEAS, INC., a California corporation; GHOST ARMOR LLC, an Arizona limited liability company; CLEAR-COAT LLC, a Pennsylvania corporation; CASE-ARI, LLC, a Georgia limited liability company; UNITED SGP CORP., a California corporation; PEDCO, LLC, an Arizona limited liability company; BEST SKINS EVER, a Colorado company; STEALTH GUARDS, a Michigan company; SKINOMI, LLC, a California company; CELLAIRIS, a Georgia company; and VIRTUOSITY PRODUCTS, LLC, a Utah limited liability company,<br><br>    Defendants. | **ORDER GRANTING STIPULATED MOTION OF THE PARTIES TO STAY THE LITIGATION**<br>**AND**<br>**GRANTING STIPULATED MOTION OF THE PARTIES TO VACATE THE OCTOBER 12, 2012 ORDER (Docket No. 92) FOR AN ATTORNEY PLANNING MEETING REPORT AND SCHEDULING ORDER**<br><br>Case No. 2:11-cv-00517-RJS<br><br>District Judge Robert J. Shelby |

Upon joint motion of the remaining parties to this action and upon consideration of the parties' points and authorities, and for good cause shown:

**IT IS ORDERED:**

The Court's Order (Docket No. 92) of October 12, 2012 is withdrawn and, further, that all proceedings in this action are stayed pending the completion and outcome of U.S. Patent & Trademark Office Reexamination, Control No. 95/000,649 of United States Patent No. 7,957,524 including all reviews and appeals therefrom.

DATED this 30th day of October, 2012.

BY THE COURT

By: _____
JUDGE ROBERT J. SHELBY
UNITED STATES DISTRICT COURT